# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY HAYNES

NO. 2026 KW 0514

**JUNE 15, 2026**

---

In Re:   Anthony Haynes, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-17-0333.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT GRANTED.** On January 13, 2025, this court granted the State's writ application and reversed the district court's decision to overrule the procedural objections to relator's application for postconviction relief, filed on or about March 9, 2021. This matter was remanded to the district court for further proceedings in compliance with this court's action. There is no record of a ruling on relator's application for postconviction relief. Accordingly, the district court is ordered to act on relator's application for postconviction relief on or before August 24, 2026 and to provide this court with a copy of the ruling on the application for postconviction relief on or before August 31, 2026.

                         **EW**
                         **CHH**
                         **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT